Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

CHRISTOPHER LARSON §
§
versus §   CIVIL ACTION NO. _____
§
PINNACLE SECURITY §
GENERAL ELECTRIC §
§

EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: CHRISTOPHER LARSON

   Address: 2205 KINGST-HOUSTON - 832-537-2840
   TX 77026

   County of Residence: HARRIS

3. The defendant is: PINNACLE SECURITY, GENERAL ELECTRIC

   Address: 5200 N. SAM HOUSTON PKWY
   HOUSTON, TX 77066

☐   Check here if there are additional defendants. List them on a separate sheet of paper with their complete address.

4. The plaintiff has attached to this complaint a copy of the charges filed on SEPT 29, 2008 with the Equal Opportunity Commission.

5. On the date of DECEMBER 9, 2008 the plaintiff received a Notice of Right to Sue

letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

(a) ☑ race

(b) ☐ color

(c) ☐ sex

(d) ☐ religion

(e) ☐ national orgin,

the defendant has:

(a) ☐ failed to employ the plaintiff

(b) ☑ terminated the plaintiff's employment

(c) ☐ failed to promote the plaintiff

(d) ☑ other: _Disparate Treatment_

_____

_____

7. When and how the defendant has discriminated against the plaintiff:

_Defendent did not pay plaintiff for shortage on his payroll ck in the same manner he pays white employees. Defendant threatened to fire plaintiff on Friday and carried it out on Monday)._

8. The plaintiff requests that the defendant be ordered:

(a) ☐ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☐ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e) ☑ to _Pay monies lost by Plaintiff from time of termination until paksent_ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address:   2205 King St.
           Houston, TX. 77026

Telephone: 832-537-2840

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2008-05646 |

**Texas Workforce Commission Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Christopher Latson | (281) 608-5800 | 10-20-1965 |

Street Address: 2205 King Street, Houston, TX 77026

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PINNACLE SECURITY & GE | 101 - 200 | (281) 318-8064 |

Street Address: 5200 N. Sam Houston Pkwy, Houston, TX 77086

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-19-2008   Latest: 0822-2008
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. On August 19, 2008, I noticed a discrepancy on my paycheck. I questioned management of the discrepancy and was advised that the problem would be corrected on my next paycheck. During the discussion, one of the owners threatened me with termination stating that I could go home if I was not happy with the manner in which the discrepancy was going to be handled. On August 22, 2008, an employee (white male) hit me as he was getting into the company van. The employee became aggressive, telling me to move and called me a Nigger. I was sent home for the incident and was terminated the following day.

II. Since my employment, I have been subjected to different terms and conditions of employment because of my race. I am aware of white employees who have had pay discrepancies, however the issue is corrected immediately and without threats of termination. Additionally, I was the only employee terminated for the alleged incident occurring on August 22, 2008.

III. I believe that I have been discriminated against because of my race, black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Sep 29, 2008
Charging Party Signature: [signed]

NOTARY — [stamp: MARINA R. GUERRA, Notary State of Texas, Commission Expires November 16, 2009]

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT: [signed]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year): Marina Guerra 9/29/08

EEOC Form 161 (2/08)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Christopher Latson**<br>**2205 King Street**<br>**Houston, TX 77026** | From: Houston District Office<br>1919 Smith St, 7th Floor<br>Houston, TX 77002 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2008-05646 | **Nicholas Alwine,**<br>Enforcement Supervisor | (713) 209-3422 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_(signature)_     12/3/08

R.J. Ruff, Jr.,     (Date Mailed)
District Director

Enclosures(s)

cc: **Scott Carter**
**Human Resources Director**
**PINNACLE SECURITY**
**1290 Sandhill Road**
**Orem, UT 84058**